IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ERIC MADEJ,                          )
                                     )
           Plaintiff,                )      8:11CV186
                                     )
     v.                              )
                                     )
BANK OF AMERICA, NATIONAL            )      ORDER
ASSOCIATION AS SUCCESSOR BY          )
MERGER TO LaSALLE BANK               )
NATIONAL ASSOCIATION AS              )
TRUSTEE FOR RAMP 1007RZ1,            )
DOES 1-10 (inclusive),               )
                                     )
           Defendants.               )
_____)
```

This matter is before the Court on the joint motion to continue Rule 26 planning conference (Filing No. 11).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have fourteen days after the Court rules on defendant's motion to dismiss to file their Rule 26(f) report.

DATED this 27th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court