IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ERIC MADEJ,                         )
                                    )
            Plaintiff,              )     8:11CV186
                                    )
      v.                            )
                                    )
BANK OF AMERICA, NATIONAL           )     ORDER
ASSOCIATION AS SUCCESSOR BY         )
MERGER TO LaSALLE BANK              )
NATIONAL ASSOCIATION AS             )
TRUSTEE FOR RAMP 1007RZ1,           )
DOES 1-10 (inclusive),              )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on plaintiff's motion to withdraw Filing No. 13 (Filing No. 14). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing No. 13 is deemed withdrawn.

DATED this 29th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court